AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHEENA GROSE | ) | Case No. 3-11- MJ - 46 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1, 2010 to the present__ in the county of _____Monroe_____ in the ____Middle____ District of ____Pennsylvania____, the defendant(s) violated:

*Code Section*
18 U.S.C. Section 2
21 U.S.C. 841(a)(1)
21 U.S.C. 841(b)(1)(A)
21 U.S.C. 846

*Offense Description*
Between in or about January 1, 2010 to the present, the Defendant, SHEENA GROSE, aiding and abetting others and aided and abetted by others, did conspire to distribute and possess with intent to distribute in excess of five kilograms of cocaine in violation of 18 U.S.C. Section 2 and 21 U.S.C. Sections 846, 841(a)(1) and (b)(1)(A).

This criminal complaint is based on these facts:

**FILED
SCRANTON
MAR 1 7 2011
Per_____M.6.P_____
DEPUTY CLERK**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

____Special Agent Robert Breitfeller, TFO, DEA____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __3/17/11__

_____
*Judge's signature*

____Thomas M. Blewitt, U.S. Magistrate Judge____
*Printed name and title*

City and state: _____Scranton, PA_____