UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -vs- | :    3:CR-11-162 |
| SHEENA GROSE    Defendant | : |

## MOTION TO DISMISS COUNT 2 OF THE INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Pennsylvania hereby dismisses Count 2 of the Indictment against the Defendant, SHEENA GROSE, pursuant to the Plea Agreement.

FILED
SCRANTON
JAN 15 2013
PER _____ 
DEPUTY CLERK

Respectfully submitted,
PETER J. SMITH
United States Attorney

/s/ Robert J. O'Hara
ROBERT J. O'HARA
Assistant United States Attorney
ID No. 47264
P.O. Box 309
Scranton, PA 18501-0309
(570) 348-2800 (telephone)
(570) 348-1908 (facsimile)
Robert.o'hara@usdoj.gov

Date: January 14, 2013

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 1-15/13

RICHARD P. CONABOY
United States District Judge